UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-20018-CR-MORENO/D'ANGELO**

CASE NO. _____

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

v.

MARIA JOSE ZACARIAS SABA,

    **Defendant.**

_____/

FILED BY_____OG_____D.C.

Jan 16, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## INDICTMENT

The Grand Jury charges that:

On or about December 5, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MARIA JOSE ZACARIAS SABA,**

an alien, having previously been removed and deported from the United States on or about December 6, 2021, entered, attempted to enter, and was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
MELISSA ROCA SHAW
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: _____

v.

MARIA JOSE ZACARIAS SABA

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____

**Court Division** (select one)

Number of New Defendants _____

☒ Miami   ☐ Key West   ☐ FTP
☐ FTL   ☐ WPB

Total number of new counts _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) Yes
    List language and/or dialect: Spanish

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    I     ☒   0 to  5 days
    II    ☐   6 to 10 days
    III   ☐  11 to 20 days
    IV    ☐  21 to 60 days
    V     ☐  61 days and over

    (Check only one)

    ☐ Petty
    ☐ Minor
    ☐ Misdemeanor
    ☒ Felony

6.  Has this case been previously filed in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____
7.  Has a complaint been filed in this matter? (Yes or No) No
    If yes, Magistrate Case No. _____
8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No
    If yes, Judge _____ Case No. _____
9.  Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____

MELISSA ROCA SHAW
Special Assistant United States Attorney
FL Bar No.        99628

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MARIA JOSE ZACARIAS SABA

**Case No**: _____

Count 1:

Illegal Reentry After Removal

8 U.S.C. § 1326(a)
* **Max. Term of Imprisonment: 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**