# MINUTE ORDER

Page 10

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor     Date: 1/30/25     Time: 1:00 p.m.

Defendant: Maria Jose Zacarias Saba    J#: 58255-511    Case #: 25-CR-20018-MORENO/D'ANGELO

AUSA: Jon Juenger     Attorney: _____

Violation: Illegal Reentry After Removal     Surr/Arrest Date: 01/30/25    YOB: 1989

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond: _____

Bond Set at: _____     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
- Deft advised of rights & charges
- Deft sworn
- Deft's oral motion for Spanish interpreter is GRANTED
- Deft has retained private counsel atty: Hector Perez
- Temp PTD

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: 2/4
PTD/Bond Hearing: 2/4    10:00    Duty    Miami
Prelim/(Arraign) or Removal: 2/4
Status Conference RE: _____

D.A.R. 13:38:44 // 14:11:34     Time in Court: 15 minutes

s/Lisette Marie Reid     Magistrate Judge