# COURT MINUTES

Page 6

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor                Date: 2/4/2025    Time: 10:00 a.m.

Defendant: Maria Jose Zacarias Saba        J#: 58255-511    Case #: 25-CR-20018-MORENO
AUSA: Yara Dodin                            Attorney: Ashley Kay - AFPD
Violation: Illegal Reentry After Removal
Proceeding: Report RE: Counsel; Arraignment; Detention    CJA Appt:
Bond/PTD Held: ☐ Yes ☒ No         Recommended Bond: Pretrial Detention
Bond Set at: STIP - Pretrial Detention with the rights to revisit    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs        Language: Spanish
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Disposition:
Brady Order Not Given

☒ Mtn for Court Appointed Counsel - Granted AFPD is appointed
Gov't seek PTD, w/out of flight
☒ Joint Mtn for PTD - Granted
Defense stipulated to PTD w/ rights to revisit.
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested
Defendant Arraigned
Brady Order Given
Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:        Time:        Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 12:01:16                            Time in Court: 5 minutes