UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-20018-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA JOSE ZACARIAS SABA,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Leticia M. Olivera. Please direct any future inquiries, pleadings or correspondence to Leticia M. Olivera on behalf of the Defendant, Maria Jose Zacarias Saba.

    Respectfully submitted,

    HECTOR A. DOPICO
    FEDERAL PUBLIC DEFENDER

By:    */s/Leticia M. Olivera*
    Leticia M. Olivera
    Assistant Federal Public Defender
    Special A. No.: A5503215
    150 W. Flagler Street, Suite 1700
    Miami, Florida  33130
    Tel:  305-530-7000
    E-Mail Address: Leticia_olivera@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on **February 7, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Leticia M. Olivera*
Leticia M. Olivera