UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 25-20018-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA JOSE ZACARIAS SABA,

    Defendants.

_____/

## ORDER CONTINUING TRIAL

THIS CAUSE came before the Court upon the Unopposed Motion for Continuance of Trial by Maria Jose Zacarias Saba (D.E. 14) filed on **February 28, 2025**. After careful consideration and the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the trial is **reset** from the two-week period starting on **March 10, 2025** to the two-week period commencing

    **April 7, 2025 at 9:00 A.M.**

before the Honorable **Federico A. Moreno**, United States District Judge, Courtroom 12-2, 12th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

    **Calendar Call is reset** to **Tuesday, April 1, 2025 at 10:00 A.M.**

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendants reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendants in a speedy trial. The Court finds the period of delay **(from 2/28/2025- 4/7/25)** excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161.

    **DONE AND ORDERED** in Miami, Dade County, Florida on this 3rd day of March 2025.

                                                   FEDERICO A. MORENO
                                                UNITED STATES DISTRICT JUDGE

cc:    All counsel of record